| Statement Date | Account Number | Amount Due | Amount Paid |
|---|---|---|---|
| 8/16/2011 | 656_ | $150.00 | $ |

421 Fayetteville Street, Ste. 600
Raleigh, NC 27601

**PLEASE CHARGE MY:**

☐ **VISA**   ☐ *MasterCard*

CARD NUMBER | AMOUNT

SIGNATURE | EXP DATE

## EXHIBIT B

*****************************3-DIGIT 276
DAVID CLARK
3504 RIBOWSKI CT
RALEIGH NC 27616

Make Checks Payable To:

Absolute Collection Service
Suite 600
421 Fayetteville St
Raleigh, NC 27601-1792

091511A27296564000150007

PLEASE DETACH AND RETURN THE TOP PORTION WITH YOUR PAYMENT.

Pay Your Bill Online!
www.absolutecollection.com/payments
Online PIN: 7605



ABSOLUTE
COLLECTION
SERVICE

DEBTOR #          6564
PATIENT    SHANNON CLARK
WAKEMED #          9503

Dear David Clark:

This is an attempt to collect a debt. Any information obtained will be used for that purpose only.

WakeMed turned your account over to our office for collection.

Our records indicate that your account balance is $150.00 for services rendered to you on 3/26/11.

If this is your first notification concerning this account and you need additional information before payment is submitted, please call our office.

ALL PORTIONS OF THIS CLAIM SHALL BE ASSUMED VALID UNLESS DISPUTED IN WRITING WITHIN THIRTY (30) DAYS; IN WHICH CASE, VERIFICATION OF THE DEBT OR A COPY OF THE JUDGMENT WILL BE PROVIDED TO YOU. IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE ABOVE NAMED CREDITOR, THE NAME OF THE ORIGINAL CREDITOR WILL BE PROVIDED UPON REQUEST.

If you like, you may call our office at 919-755-3900 to charge your balance to either your check card, MasterCard or Visa account.

Sincerely,

Charlton Clarkson
Account Representative
800-752-4172

N.C. Department of Insurance Permit #988

0X4AD5CB2 - 11010